IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RE:     BETH ANN WEISENBERGER<br><br>U.S. Bank, N.A., Successor in interest to<br>the Federal Deposit Insurance Corporation<br>as receiver for Downey Savings and Loan<br>Asociation, FA<br>        Creditor,<br><br>vs.<br><br>BETH ANN WEISENBERGER,<br>        Debtor(s), | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08B16961<br>) Judge BRUCE W. BLACK<br>)<br>)<br>)<br>) |

**ORDER MODIFYING STAY**

This cause coming to be heard on the Motion of U.S. Bank, N.A., Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Asociation, FA, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to U.S. Bank, N.A., Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Asociation, FA and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 2207 Greengold Street, Crest Hill, IL.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.

DATED: ___11/20/09___     ENTERED BY: _____
                                    Bankruptcy Judge Bruce W. Black

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 09-5449